TRUESDELL, Respondent, v. BOURKE, Appellant.

(Supreme Court, General Term, Fourth Department. May 13, 1893.)

Action by John W. Truesdell, administrator, against Fannie L. Bourke, executrix.

No opinion. Judgment reversed on the exceptions, and a new trial ordered, with costs to abide the event. Held, that the case involved questions of fact which ought to have been submitted to the jury.

---

WARREN et al., Respondents, v. JOHNSON et al., Appellants.

(Supreme Court, General Term, Fourth Department. May 13, 1893.)

Action by Henry M. Warren and others against Hector B. Johnson and others.

No opinion. Order affirmed, with $10 costs and disbursements.

---

WILSON, Respondent, v. SCHENEVUS VILLAGE WATER WORKS CO., Appellant.

(Supreme Court, General Term, Fourth Department. May 13, 1893.)

Action by Richard C. Wilson against the Schenevus Village Water Works Company.

No opinion. Judgment affirmed, with costs.

---

WOOD, Appellant, v. TOWN OF VOLNEY, Respondent.

(Supreme Court, General Term, Fourth Department. May 13, 1893.)

Action by John J. Wood against the town of Volney.

No opinion. Order affirmed, with costs.

---

YOUMANS, Appellant, v. SMITH et al., Respondents.

(Supreme Court, General Term, Fourth Department. May 13, 1893.)

Action by William Youmans against Sherrill E. Smith and George H. Paine.

No opinion. Judgment reversed on the exceptions, and a new trial ordered, with costs to abide the event.

---

ALEXANDER v. ROCHESTER CITY & B. R. CO.

(Supreme Court, General Term, Fifth Department. June 23, 1893.)

Action by Etta L. Alexander against the Rochester City & Brighton Railroad Company.

No opinion. Motion for new trial denied, and judgment ordered for the defendant upon the nonsuit. See 22 N. Y. Supp. 1119, mem.